COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 December 14, 2016
 No. 10-16-00252-CR
 JOHNNY CANDIDO MANSOLO
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 19[th] District Court
 McLennan County, Texas
 Trial Court No. 2015-49-C1
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. It is the judgment of this Court that the trial court's Judgment of Conviction by Court-Waiver of Jury Trial signed on July 11, 2016 is modified to delete the assessment of all cost in the trial court's judgment. As modified, the judgment of the trial court is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK294576517462500
 
By: ___________________________
1101090736917500 Nita Whitener, Deputy Clerk